tion by James Sullivan, an infant, against Jacob Ruppert. A. P. Fitch, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SUSS, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Hyman Suss against William W. Farley, as State Excise Commissioner, etc. No opinion. Motion for reargument (164 App. Div. 161, 149 N. Y. Supp. 661) granted, with leave to appellant to apply to this court for permission to file exceptions nunc pro tunc. See, also, 150 N. Y. Supp. 1114.

SUSS, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Hyman Suss against William W. Farley, as State Excise Commissioner. No opinion. Motion for leave to file exceptions nunc pro tunc (164 App. Div. 161, 149 N. Y. Supp. 661) granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal. See, also, 150 N. Y. Supp. 1114.

SZUMLANSKY, Appellant, v. HUDSON STRUCTURAL STEEL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Wladyslaw Szumlansky against the Hudson Structural Steel Company. W. C. Low, of New York City, for appellant. F. W. Modey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TANGEMANN, Appellant, v. CITY OF NEW YORK, Respondent. (No. 6448.) (Supreme Court, Appellate Division, First Department. November 27, 1914.) Appeal from Trial Term, New York County. Action by Henry B. Tangemann against the City of New York. From a judgment dismissing the complaint after a trial, plaintiff appeals. Reversed, and new trial ordered. William P. Chapman, Jr., of New York City, for appellant. E. Crosby Kindleberger, of New York City, for respondent.

PER CURIAM. We think there was a question for the jury as to the negligence of the defendant, and as to the freedom of the plaintiff from contributory negligence, and that therefore it was error to dismiss the complaint. It follows that the judgment appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event.

McLAUGHLIN and DOWLING, JJ., dissent.

TAUB, Respondent, v. SCHLESSEL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Hattie Taub against Yetta Schlessel and others. C. Eno, of New York City, for appellants. A. J. Rifkind, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

TAUBER, Respondent, v. WELSH MACH. WORKS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Joseph Tauber against the Welsh Machine Works, Incorporated. J. F. Murray, of New York City, for appellant. E. Herrmann, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was negligent was not sustained by the evidence. Settle order on notice.

TENEMENT HOUSE DEPARTMENT v. McDEVITT. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Tenement House Department against Lucy A. McDevitt. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 583.

TENEMENT HOUSE DEPARTMENT v. NEUGASS. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Tenement House Department against Henry Neugass. No opinion. Motion denied, without costs, with leave to renew as stated in order. Order filed.

TENEMENT HOUSE DEPARTMENT OF NEW YORK, Respondent, v. NOS. 200 AND 202 MANHATTAN AVE., Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the Tenement House Department of New York against Nos. 200 and 202 Manhattan Avenue. A. Kaplan, of New York City, for appellant. J. P. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMAS et al., Respondents, v. THOMSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Charles S. Thomas and others against John Thomson and another. E. Scott, of New York City, for appellants. J. Dunne, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re THOMPSON. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) In the matter of the application of Ralph E. Thompson for a writ of mandamus. No opinion. Order unanimously affirmed, with costs, on the authority of People ex rel. Coveney v. Kearny, 44 App. Div. 449, 61 N. Y. Supp. 41, affirmed 161 N. Y. 648, 57 N. E. 1121, and People ex rel. Ambrose v. Tompkins, 208 N. Y. 353, 101 N. E. 865.

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.)